IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR69 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RUFINO VILLAREAL, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the oral motion of defendant Rufino Villareal for a continuance of trial. The motion was made during the arraignment on the Superseding Indictment on June 6, 2007. Villareal requested additional time in which to file pretrial motions and to schedule trial. The oral motion was granted.

**IT IS ORDERED:**

1. Villareal's motion for an extension of time to file pretrial motions and for a continuance of trial is granted. Villareal shall have **to on or before July 13, 2007**, in which to file pretrial motions in accordance with the progression order.

2. Trial of this matter is continued **to October 30, 2007**, or as soon thereafter as can be reached on Judge Smith Camp's trial docket.

3.. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from June 6, 2007 through October 30, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant will be unavailable for trial due to her drug abuse treatment . 18 U.S.C. §§ 3161(h)(5) and (h)(8)(A).

DATED this 6th day of June, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge