# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:07CR69 |
| vs. | ) | |
| | ) | ORDER |
| RUFINO J. VILLARREAL, | ) | |
| Defendant. | ) | |

This matter comes before the Court upon receipt of the Stipulation of the Plaintiff and Defendant regarding a proposed Confidentiality Order (Filing No. 32).

**IT IS ORDERED** that this Confidentiality Order is granted as defined in the Stipulation.

DATED this 31st day of January, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge