IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR69 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | JUDGMENT |
| RUFINO J. VILLARREAL, | ) ) | |
| Defendant. | ) | |

In accordance with the Court's Findings of Fact and Conclusions of Law,

IT IS ORDERED:

1. The Defendant, Rufino Villarreal, is not guilty of the charges set forth in Counts II, III, IV, V and VI of the Superseding Indictment; and

2. The Indictment and Superseding Indictment are dismissed.

DATED this 5th day of January, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge